# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

IN RE: IUPELI TUILIMU  CASE NO.: 16-BK-30466
YVONNE ELAINE TUILIMU  CHAPTER 13 BANKRUPTCY

## MOTION FOR CONTINUATION OF THE
## AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)(B)

Pursuant to 11 U.S.C 362(c)(3)(B), the debtors hereby move for an order continuing the automatic stay provided under 11 U.S.C 362(a) as to all creditors, for the following reasons:

1.

The debtors filed this Chapter 13 on April 4, 2016.

2.

The debtors had previously filed case #15-BK-30056, Western District of Louisiana, which was dismissed on or about August 26, 2015.

3.

Debtor stopped working in June, 2015. Bankruptcy payments fell on Joint Debtor alone and she could not afford the note on her own. Debtor returned to work in February, 2016 and they now have 2 income again and can afford bankruptcy payments.

**WHEREFORE,** Iupeli Tuilimu and Yvonne Elaine Tuilimu, respectfully pray for an Order extending the automatic stay as to all creditors pursuant to 11 U.S.C 362(c)(3)(B).

Respectfully submitted this 12th day of April, 2016.

/s/E. Orum Young III
E Orum Young III, #36099
E. Orum Young, Jr. #13749
Jacob D. Rennick #35974
Joseph R. Moore #33996
Attorneys at Law
200 Washington Street
Monroe, LA 71201
(318) 322-6232