UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:   IUPELI TUILIMU                          CASE NO.: 16-BK-30466
         YVONNE ELAINE TUILIMU                   CHAPTER 13 BANKRUPTCY

## MOTION FOR EXPEDITED HEARING ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)(B)

**NOW INTO COURT**, through undersigned counsel, comes Iupeli Tuilimu and Yvonne Elaine Tuilimu, "debtors" hereafter, who respectfully represent as follows:

1.

On or about April 4, 2016, debtors filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.

The debtors had previously filed case #15-BK-30056, Western District of Louisiana, which was dismissed on August 26, 2015, and there was no unresolved motion for relief.

3.

Debtors request an expedited hearing on the Motion for Continuation of the Automatic Stay pursuant to 11 U.S.C. 362(c)(3)(B). Accordingly, the Motion for Continuance should be heard within 30 days of the filing of the new case.

4.

Mover's attorney contacted opposing counsel Trustee by e-mail on April 6, 2016 to notify him of the expedited hearing. Trustee has responded by e-mail on April 6, 2016, advising no objection to the expediting of the hearing to **April 28, 2016.**

**WHEREFORE,** Debtors pray that an expedited hearing be granted for the Motion for continuation of the Automatic Stay.

Respectfully submitted this 12th day of April, 2016.

/s/E. Orum Young III
E Orum Young III, #36099
E. Orum Young, Jr. #13749
Jacob D. Rennick #35974
Joseph R. Moore #33996
Attorneys at Law
200 Washington Street
Monroe, LA 71201
(318) 322-6232