# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

IN RE:  IUPELI TUILIMU  CASE NO.: 16-BK-30466
YVONNE ELAINE TUILIMU  CHAPTER 13 BANKRUPTCY

## MOTION TO REINSTATE CASE

NOW INTO COURT, through undersigned counsel, come the above-captioned debtors, IUPELI TUILIMU and YVONNE ELAINE TUILIMU, who respectfully show that they desire to have their case reinstated, for the following reason(s):

1.

Debtors filed a Chapter 13 bankruptcy on April 4, 2016 in the Western District of Louisiana, Monroe Division. An order dismissing the case was filed on October 13, 2016. This case has not been dismissed previously.

2.

On August 30, 2016, a Trustee's Motion and Notice to Dismiss Case was filed.

3.

On October 13, 2016, debtor/wife met with counsel's office regarding the default in plan payments. Counsel's office contacted the Trustee's office and was advised that the Trustee had already submitted an Order Dismissing to the Judge.

4.

Debtor/wife alleged that she had been in Washington taking care of her ailing mother and was unable to respond in a timely manner. Debtor alleged that she had used all of her sick and vacation time and was unable to make the plan payments. Debtor also alleged that she had switched positions at work and moved locations. This caused an interruption in the payroll deduction.

5.

Counsel's office and debtor/wife discussed options to reinstate the case once the Order was signed. Debtor/wife alleged that she would discuss the options with her husband and get back with counsel's office. Later that day, the Order Dismissing Case was filed.

6.

On October 27, 2016, debtor/wife appeared in counsel's office and provided certified funds totaling $335.00. An Amended Chapter 13 Plan is being filed along with this Motion to cure the remaining default in plan payments.

7.

The debtors do not foresee any issues arising if their case is reinstated. Debtors will participate in good faith and meaningfully in the bankruptcy filing.

8.

Debtors agree that should they again fall more than 30 days behind, the case may be automatically dismissed upon motion of the Trustee and should the case be dismissed at that time, they will be prohibited from reinstating the case again.

9.

Because of the issues discussed above, Debtors believe that grounds exist for the Court to consider reinstating the case pursuant to Federal Rule of Civil Procedure 60(b) as applied through Federal Rule of Bankruptcy Procedure 9024 for debtor's mistake, inadvertence or excusable neglect, or for other reasons justifying said relief.

WHEREFORE, because of the above and foregoing reason, the debtors, IUPELI TUILIMU and YVONNE ELAINE TUILIMU, pray that their case be reinstated.

Respectfully submitted, this the **27th** day of **October, 2016**, Monroe, Louisiana.

/s/ E. Orum Young III
E. Orum Young, Jr. 13749
E. Orum Young III 36099
Joseph R. Moore 33996
Jacob D. Rennick 35974
Devin T. Jones 33912
Attorneys for Debtor
E. Orum Young Law, LLC
200 Washington Street
Monroe, LA 71201
(318) 322-6232